**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-6943**

---

ANTHONY BUSSIE,

                    Petitioner - Appellant,

          v.

JUDGE KEENAN; JUDGE FLOYD; JUDGE HARRIS; JUDGE BRITT; JUDGE
BUMB,

                    Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.  (2:16-cv-00238-RAJ-RJK)

---

Submitted:  November 17, 2016        Decided:  November 22, 2016

---

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

---

Dismissed and remanded by unpublished per curiam opinion.

---

Anthony Bussie, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Bussie seeks to appeal the district court's order dismissing without prejudice his petition for a writ of mandamus for failure to allege sufficient facts in support of his petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b), Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because the deficiencies identified by the district court may be remedied by filing an amended petition, we conclude that the order Bussie seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623-24 (4th Cir. 2015); Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss this appeal for lack of jurisdiction and remand the case to the district court with instructions to allow Bussie to amend his petition. See Goode, 807 F.3d at 630. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED AND REMANDED